UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2015
```

Luxepress-II Corporation

　　　　　　　　　　　　Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 15CV4880 (VSB)

-v-

Yanukovich, et al.

　　　　　　　　　　　　Defendant(s)

I hereby certify under the penalties of perjury that on 11 day of August, 20 15, I served:
GOVERNMENT OF UKRAINE c/o CABINET OF MINISTERS OF UKRAINE 12/2 HRUSHEVSKOHO STREET KYIV, 01008, UKRAINE

☒ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the PLEASE SEE ATTACHED

by FEDERAL EXPRESS # 7742 2484 8250, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
　　　　08/11/2015

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*
Print Name: Jasmine R Basnight
DEPUTY CLERK OF COURT

Service copy of Summons and Complaint English with translation;

Service copy of Notice of Suit as required 22 CFR 93.2, with translation;

Service of copy of Affidavit of Translator, with translation;

Court's copy of summons and Complaint, English with translation;

Courts copy of Notice of Suit as required by 22 CFR 93.2, with translation;

Court's copy of Affidavit of Translator, with translation; and

International Airway Bill addressed to the defendant in the Ukraine with billing sent to my corporate account

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

August 11, 2015

GOVERNMENT OF UKRAINE
c/o CABINET OF MINISTERS OF UKRAINE
12/2 HRUSHEVSKOHO STREET
KYIV, 01008, UKRAINE

Re: Luxepress-II Corporation v.Yanukovich, et al.,
    15CV04880(VSB)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

> Service copy of Summons and Complaint English with translation;
>
> Service copy of Notice of Suit as required 22 CFR 93.2, with translation;
>
> Service of copy of Affidavit of Translator, with translation;
>
> Court's copy of summons and Complaint, English with translation;
>
> Courts copy of Notice of Suit as required by 22 CFR 93.2, with translation;
>
> Court's copy of Affidavit of Translator, with translation; and

International Airway Bill addressed to the defendant in the Ukraine with billing sent to my corporate account

Respectfully yours,

*[signature]*
Ruby J. Krajick
Clerk of the Court
