UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYKOLA IVANENKO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UKRAINE, et al.,<br><br>    Defendants. | Civil Action No. 15-cv-4880 (VSB)<br><br>Leave to file granted by Order dated October 24, 2016, as amended by Order dated December 20, 2016 |

## UKRAINE'S MOTION TO DISMISS

Defendant Ukraine respectfully submits this motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), and (6). As explained in detail in the accompanying memorandum of law, (I) Ukraine is immune from suit because the plaintiffs (collectively, "Plaintiffs") will be unable to meet their burden of showing the application of one of the narrow exceptions to immunity set forth in the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1602-1611 ("FSIA"); (II) all of the claims are barred by the Act of State Doctrine because Ukraine is only alleged to have acted within its own territory; (III) venue is improper under 28 U.S.C. § 1391(f), which required that this case be filed in the United States District Court for the District of Columbia; (IV) Plaintiffs' claims are more than a decade old and, thus, patently time-barred; and (V) the Second Amended Complaint (dkt. 41) fails to state a claim upon which relief can be granted because, among many other reasons, it impermissibly seeks to apply the Racketeer Influenced and Corrupt Organizations Act ("RICO") extraterritorially. For each of these five, independent reasons, Ukraine should dismissed with prejudice.

## CONCLUSION

For all the foregoing reasons, and as set forth in detail in the accompanying memorandum of law, defendant Ukraine respectfully requests that this Honorable Court dismiss it from this action with prejudice.

    Respectfully submitted,

    **UKRAINE**

    by its attorneys,

    */s/ David G. Hetzel*_____
    David G. Hetzel
    Robert M. Shaw (admitted *pro hac vice*)
    HOLLAND & KNIGHT LLP
    10 St. James Avenue
    Boston, MA 02116
    Tel: (617) 523-2700
    Fax: (617) 523-6850
    *david.hetzel@hklaw.com*
    *robert.shaw@hklaw.com*

DATED:  January 31, 2017

## CERTIFICATE OF SERVICE

I, Robert M. Shaw, hereby certify that today, January 31, 2017, I caused the forgoing to be filed though the Court's electronic filing system and I will send a true copy by first-class mail to any unregistered participants listed on the notice of electronic filing.

    */s/ Robert M. Shaw*_____
    Robert M. Shaw