UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____x    Civil Action No.

LUXEXPRESS 2016 CORP. et al              18-cv-0812-TSC

        Plaintiffs,

    -v-
GOVERNMENT OF UKRAINE et al.,
        Defendants.
_____x

## AMENDED NOTICE OF APPEAL

NOTICE is hereby given this 29T$^h$ day of May, 2020, that Plaintiffs Luxexpress-II Ltd., Luxexpress 2016 Corporation, Alamo Group Inc., Mykola Ivanenko and Larysa Ivanenko herby appeal to the United States Court of Appeals for the District of Columbia Circuit from (1) the Memorandum Opinion and Order entered on the 19th day of March, 2020 in favor of the Defendant Government of Ukraine against said Plaintiffs, and (2) the Order of Dismissal, dated May 17, 2020, copies of which are attached hereto as Exhibits A and B.

Dated: New York, New York
      May 29, 2020

                                           McCALLION & ASSOCIATES LLP

                                           /s/ *Kenneth F. McCallion*

                                           By: Kenneth F. McCallion (Bar# NY0135)
                                                 100 Park Avenue – 16th floor
                                                 New York, New York 10017
                                                 (646) 366-0884
                                                 Attorneys for Plaintiffs